UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 21, 2024

David J. Hawkins
Scott Young
Spencer Fane
10 Exchange Place, Suite 1100
Salt Lake City, UT 84111

**RE:** 24-4041, Rapid Enterprises, LLC v. United States Postal Service, et al
Dist/Ag docket: 2:22-CV-00627-JNP

Dear Counsel:

Appellant's brief is deficient because:

The order(s) appealed and the lower court judgment must be submitted as attachments to the brief. *See* 10th Cir. R. 28.2(A) and 10th Cir. R. 30.1(F). In addition, pursuant to 10th Cir. R. 28.2(C)(5), all attachments to briefs must be included and identified in the Table of Contents. As such, you will also need to update the Table of Contents with the attachments listed therein. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy").

The table of authorities must not use the "passim" notation but instead must list every page on which an authority is cited. *See* 10th. Cir. R. 28.3(C).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix volumes do not contain a table of contents. *See* 10th Cir. R. 30.1(D)(2).
- Each volume of the appendix must contain a table of contents. *See* 10th Cir. R. 30.1(D)(2).
- Each volume of the appendix must have a cover page. *See* 10th Cir. R. 30.1(D)(1).

- The appendix is not entirely searchable. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).
- The district court docket sheet is not included. *See* 10th Cir. R. 30.1(D)(4) and 10th Cir. R. 10.4(C)(1).
- Each volume must have its own cover page identifying the volume number. Individual volumes should not be split across multiple PDFs. *See* 10th Cir. R. 30.1(D)(6).

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected electronic appendix and issued notice it is compliant.

The corrected brief and appendix must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a response brief will run from the date of service of appellant's corrected brief and appendix.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief and appendix will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Tiffiney Carney
Terrance Mebane


CMW/djd