FILED
United States Court of Appeals
Tenth Circuit

August 21, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| RAPID ENTERPRISES, LLC, a Utah limited liability company, d/b/a Express One,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants - Appellees. | No. 24-4041<br>(D.C. No. 2:22-CV-00627-JNP)<br>(D. Utah) |

_____

**ORDER**
_____

This matter is before the court on appellant Rapid Enterprises, LLC's *Motion for Leave to File Opening Brief and Appendix Under Seal*.

Upon consideration, the court denies the motion without prejudice to renewal.

In the first instance, both the brief and the appendix are deficient. Appellant will receive separate correspondence from the court pertaining to the deficiencies, but the court will not consider sealing a deficient brief and/or a deficient appendix.

Further, the motion does not comply with Tenth Circuit Rule 27.1, in that it does not contain a statement indicating the position of appellee on the relief requested.

Finally, given that the motion indicates that only a single document is potentially privileged, any renewed motion must address the possibility of redaction in lieu of sealing. *See* 10th Cir. R. 25.6(A)(2).

Before filing a renewed motion, Rapid must cure the deficiencies in both its brief and its appendix. Any renewed motion must comply with Tenth Circuit Rule 27.1 and must address redaction, as required by Tenth Circuit Rule 25.6(A)(2).

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk